■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CALDERON, Appellant. [700 NYS2d 701] —Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered May 22, 1997, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 20 years to life, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning credibility and identification.

On the existing record, which defendant has not sought to amplify by means of a CPL 440.10 motion, we find that defendant received meaningful representation.

We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Williams, Rubin, Buckley and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LOWE, Appellant. [700 NYS2d 704] —Judgment, Supreme Court, New York County (Joan Sudolnik, J.), rendered December 2, 1997, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third and fifth degrees, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years and 3½ to 7 years, respectively, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations, which are supported by the record. Concur—Sullivan, J. P., Williams, Rubin, Buckley and Friedman, JJ.